UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LUCIA ALVEAR,

                                        Plaintiff,

        -against-

EDUCATIONAL BUS INC.,

                                        Defendant.
-----------------------------------------------------------------X

**ORDER**
13-CV-3631 (SJF)(GRB)

FEUERSTEIN, District Judge:

        On June 21, 2013, *pro se* plaintiff Lucia Alvear ("plaintiff") filed an employment

discrimination complaint in this Court against defendant Educational Bus Inc. ("defendant")

pursuant to the Americans with Disabilities Act of 1990, 42 U.S.C. § 12112 *et seq.*, accompanied

by an application to proceed *in forma pauperis*. Since plaintiff's financial status, as set forth in

her declaration in support of her application to proceed *in forma pauperis*, qualifies her to

commence this action without prepayment of the filing fees, see 28 U.S.C. § 1915(a)(1), her

application to proceed *in forma pauperis* is GRANTED.

        The Clerk of Court shall: (1) issue a summons for defendant; (2) forward the summons,

the complaint and this Order to the United States Marshal Service for service upon defendant

without prepayment of fees; and (3) serve notice of entry of this Order in accordance with Rule

77(d)(1) of the Federal Rules of Civil Procedure.

SO ORDERED.                         s/ Sandra J. Feuerstein

                                    _____
                                    Sandra J. Feuerstein
                                    United States District Judge

Dated:  September 30, 2013
        Central Islip, New York